IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN REES,                      :

    Petitioner,              :

v.                              :
                                  CIVIL ACTION 04-0368-WS-M
TERRANCE MCDONNELL,             :

    Respondent.              :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

DONE and ORDERED this 2nd day of August, 2005.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE