IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN REES,                          :

    Petitioner,                     :

v.                                  :
                                          CIVIL ACTION 04-0368-WS-M
TERRANCE MCDONNELL,                 :

    Respondent.                     :

JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Terrance McDonnell and against Petitioner John Rees.

DONE this 2nd day of August, 2005.

                                                 s/WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE